Table of Contents

**MCRS Holdings, Inc.**

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

**Revenue Recognition**

MCRS recognizes revenue when services are performed for clients, persuasive evidence of the arrangement exists, pricing is fixed and determinable and collection is reasonably assured.

**Income Taxes**

MCRS accounts for income taxes in accordance with the liability method. Tax provisions and credits are recorded at statutory rates for taxable items included in the consolidated statements of operations regardless of the period for which such items are reported for tax purposes. Deferred income taxes are recognized for temporary differences between financial statements and income tax bases of assets and liabilities.

**Accounting for Uncertain Tax Positions**

MCRS accounts for the effect of any uncertain tax positions based on a "more likely than not" threshold to the recognition of the tax positions being sustained based on the technical merits of the position under scrutiny by the applicable taxing authority. If a tax position or positions are deemed to result in uncertainties of those positions, the unrecognized tax benefit is estimated based on a "cumulative probability assessment" that aggregates the estimated tax liability for all uncertain tax positions. Interest and penalties assessed, if any, are accrued as income tax expense.

MCRS has assessed its tax positions has and has determined them to be highly certain, therefore, no reserve for unrecognized tax liabilities is deemed necessary. MCRS files income tax returns for U.S. Federal income tax purposes and in various states. MCRS is currently under the Internal Revenue Service ("IRS") examination for the year ended December 31, 2011. MCRS's Federal and state income tax returns are generally open for examination for three years from the date filed.

### Note 2—Concentration of Credit Risk

MCRS maintains its cash at various financial institutions which, at times, may exceed federally insured limits. MCRS has not incurred any significant losses in such accounts.

For the years ended December 31, 2013 and 2012, three customers accounted for approximately 88% and 99%, respectively, of MCRS's revenue and at December 31, 2013 and 2012 the same three customers accounted for approximately 68% and 100%, respectively, of MCRS's accounts receivable.

### Note 3—Acquisition

On December 20, 2012, MCRS acquired 100% of the stock of CompPartners, Inc., and paid a total of $10,000,000 in consideration.

F-72

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

The estimated fair values at acquisition are summarized as follows:

| | |
|---|---:|
| Accounts receivable, net | $ 2,399,498 |
| Fixed assets | 335,636 |
| Other assets | 274,707 |
| Customer lists | 2,800,000 |
| Trade names | 1,500,000 |
| Acquired technology | 2,000,000 |
| Non-compete agreements | 500,000 |
| Goodwill | 6,139,763 |
| Accounts payable | (1,398,710) |
| Accrued expenses | (435,578) |
| Contingent payments | (1,454,936) |
| Net deferred tax liabilities | (2,529,943) |
| Other liabilities assumed | (130,437) |
| **Total** | **$10,000,000** |

The assets and liabilities have been recorded at fair value per the policies in Note 1. The contingent payment has been measured at fair value based on management's assessment of the likelihood of achieving the related earnings and other milestones. The maximum contingent consideration to be paid related to the acquisition is $2,000,000. During 2013, certain performance targets were not met by CompPartners, Inc. which resulted in a payment of $998,970 by the former owners of CompPartners, Inc. to MCRS and this amount is included in other expense, net in the consolidated statements of operations.

**Note 4—Property and Equipment**

Property and equipment consists of the following at December 31:

| | 2013 | 2012 |
|---|---:|---:|
| Artwork | $ 4,770 | $ 4,770 |
| Furniture and equipment | 17,000 | 38,330 |
| Computer equipment | 152,126 | 225,344 |
| Computer software | 40,039 | 286,830 |
| Internally developed software and acquired technology | — | 2,000,000 |
| | 213,935 | 2,555,274 |
| Less accumulated depreciation and amortization | (96,219) | (58,720) |
| **Property and equipment, net** | **$117,716** | **$2,496,554** |

Depreciation and amortization expense was $535,067 and $39,544 for the years ended December 31, 2013 and 2012, respectively.

F-73

4/19/2018                                                    Form 424B4

**MCRS Holdings, Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

**Note 5—Intangible Assets**

Intangible assets consists of the following at December 31:

|  | Cost | 2013 Accumulated Amortization | Net Book Value |
|---|---|---|---|
| Non-compete agreements | $ 8,300,000 | $ (4,150,000) | $ 4,150,000 |
| Customer contracts | 80,100,000 | (20,025,000) | 60,075,000 |
| Deferred financing costs | 4,602,718 | (2,179,800) | 2,422,918 |
| Total | $93,002,718 | $(26,354,800) | $66,647,918 |

|  | Cost | 2012 Accumulated Amortization | Net Book Value |
|---|---|---|---|
| Non-compete agreements | $ 8,800,000 | $ (2,490,000) | $ 6,310,000 |
| Customer lists/relationships | 82,900,000 | (12,015,000) | 70,885,000 |
| Trade names | 1,500,000 | — | 1,500,000 |
| Deferred financing costs | 4,602,718 | (1,297,800) | 3,304,918 |
| Total | $97,802,718 | $(15,802,800) | $81,999,918 |

Total amortization expense for deferred financing costs was $882,000 and $882,000 for the years ended December 31, 2013 and 2012, respectively.

Total amortization expense for all intangible assets was $10,988,100 and $10,552,000 for the years ended December 31, 2013 and 2012, respectively. Future amortization expense is as follows:

| 2014 | $10,552,000 |
|---|---|
| 2015 | 10,552,000 |
| 2016 | 9,498,918 |
| 2017 | 8,010,000 |
| 2018 | 8,010,000 |
| Thereafter | 20,025,000 |
|  | $66,647,918 |

**Note 6—Lines of Credit**

MCRS's Parent has a revolving line of credit agreement with Madison Capital with a maximum borrowing capacity of $10,000,000. The line of credit carries an interest rate equal to the London Inter-Bank Offer Rate ("LIBOR") floor plus 6% (7.5% at December 31, 2013). There was $5,000,000 outstanding on the line of credit at December 31, 2013 and 2012, which has been allocated to MCRS by the Parent. The revolving line of credit is collateralized by all the assets of the Parent and MCRS (see Note 7). The line of credit has an unused facilities fee equal to 0.5% of the portion not used and expires in September 2016.

F-74

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

### Note 7—Long-Term Debt

The Parent has in place a term loan and security agreement with LBC and Madison Capital in the amount of $100,000,000. The amounts in the table below related to the term loan have been allocated to MCRS by the Parent.

Long-term debt consists of the following at December 31:

|  | 2013 | 2012 |
|---|---|---|
| Term loan payable to Madison Capital, as a lender and agent for all lenders, at LIBOR floor plus 6.0% (7.5% at December 31, 2013 and 2012), quarterly principal payments by the Parent ranging from $1,167,188 to $2,075,000 are due on the last day of March, June, September and December until September 30, 2016. Payments commenced on September 30, 2011. The note is senior to the LBC note and has a maturity date of September 30, 2016 and is collateralized by a pledge of all assets of the Parent and MCRS Holdings, Inc. | $35,474,515 | $35,474,515 |
| Subordinated note payable to LBC, as a lender and agent for all lenders, at 13.5%. There are no scheduled principal payments. The note is subordinated to the Madison note and has a maturity date of March 31, 2017 and is collateralized by a pledge of all assets of the Parent and MCRS Holdings, Inc. | 35,000,000 | 35,000,000 |
|  | 70,474,515 | 70,474,515 |
| Less current portion of long-term debt | (1,000,000) | — |
|  | $69,474,515 | $70,474,515 |

Principal payments of the term loan are allocated by the Parent to MCRS. Term loan payments of $1,000,000 were allocated to MCRS through August 6, 2014. Future principal payments due under these debt agreements for the years ending December 31 are as follows:

| | |
|---|---|
| 2014 | $ 1,000,000 |
| 2015 | 8,300,000 |
| 2016 | 26,174,515 |
| 2017 | 35,000,000 |
| **Total** | **$70,474,515** |

MCRS's loans are subject to certain debt covenants, computed at the Parent level, including limitations on capital expenditures and minimum debt service coverage ratios. At December 31, 2013 and 2012, MCRS's Parent was in compliance with the debt covenants. The loans are also subject to accelerated payments based on a predetermined formula based on excess cash flow. Management believes the carrying value of MCRS's debt approximates fair value at December 31, 2013 based on market rates of interest available to the Parent.

F-75

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

**Note 8—Income Taxes**

The components of the provision for (benefit from) income taxes for the years ended December 31, 2013 and 2012 are as follows:

|  | 2013 | 2012 |
|---|---:|---:|
| Current: |  |  |
|    Federal | $ 2,455,336 | $ 5,314,556 |
|    State | 584,604 | 756,894 |
|  | 3,039,940 | 6,071,450 |
| Deferred: |  |  |
|    Federal | (3,841,970) | (3,288,393) |
|    State | (849,386) | (314,395) |
|  | (4,691,356) | (3,602,788) |
| **Provision for (benefit from) income taxes** | **$(1,651,416)** | **$ 2,468,662** |

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amount of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. Significant components of MCRS's net deferred income taxes are as follows at December 31, 2013 and 2012:

|  | 2013 | 2012 |
|---|---:|---:|
| Deferred tax assets: |  |  |
|   Current: |  |  |
|     Accounts receivable | $ 888,205 | $ 294,802 |
|     Accrued liabilities | 35,200 | 162,006 |
|     **Total current deferred tax assets** | **$ 923,405** | **$ 456,808** |
|   Noncurrent deferred tax assets: |  |  |
|     Deferred rent | $ — | $ 42,898 |
|     Total noncurrent deferred tax assets | — | 42,898 |
| Deferred tax liabilities: |  |  |
|   Noncurrent: |  |  |
|     Intangible assets | (25,738,623) | (32,419,210) |
|     Property and equipment | (73,396) | (190,410) |
|     Total noncurrent deferred tax liabilities | (25,812,019) | (32,609,620) |
|     **Net noncurrent deferred tax liabilities** | **$(25,812,019)** | **$(32,566,722)** |

Accounting standards relative to deferred taxes require a valuation allowance to reduce the deferred tax assets reported if, based on the weight of the evidence, it is more likely than not that some portion or all of the deferred tax assets will not be realized. After consideration of all of the evidence, both positive and negative, management has determined that a valuation allowance for the deferred tax assets is not necessary at December 31, 2013 and 2012. MCRS's effective tax rate differs from statutory rates primarily due to permanent items that are not deductible for income tax purposes.

F-76

Table of Contents

MCRS Holdings, Inc.

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

#### Note 9—Operating Leases

MCRS leases office space under a non-cancelable operating leases expiring in February 2016. Future minimum rental commitments under non-cancelable operating obligations are as follows:

| | |
|---|---:|
| 2014 | $ 271,544 |
| 2015 | 271,544 |
| 2016 | 45,257 |
| | $ 588,345 |

Rent expense was $570,417 and $279,731 for the years ended December 31, 2013 and 2012, respectively.

#### Note 10—Savings and Profit-Sharing Plan

MCRS's Parent sponsors a savings and profit-sharing plan, which covers all employees who are at least eighteen years old and have completed three months of service. Under the plan, the employees may make voluntary contributions up to a percentage of their salary. The Parent may make discretionary contributions to the plan. No discretionary contributions were made for the years ended December 31, 2013 and 2012.

#### Note 11—Commitments and Contingencies

As part of past acquisitions, the Parent and MCRS have entered into various employment agreements with key employees of the acquired companies. These agreements range from one to four years and contain standard terms including base salary, incentive plans and benefits.

MCRS is subject to various claims and suits that arise in the ordinary course of its business activities. In the opinion of management, MCRS's liability insurance is sufficient to cover any liability resulting from such claims.

In January 2014, MCRS executed an agreement with a significant customer. In return for a $3,000,000 payment by MCRS, MCRS received payment of past due receivables, a settlement of certain disputes with the customer as well as agreement on fees for the customer and its affiliates through December 31, 2013, and an award of a new significant business contract. In connection with such agreement, MCRS accrued $3,000,000 at December 31, 2013 and this amount is reported as a reduction of revenue in the accompanying consolidated statements of operations.

#### Note 12—Related Party Transactions

Due to MCMC Holdings, LLC reported on the consolidated balance sheets represents amounts charged or allocated to MCRS by the Parent, and certain funding by the Parent. Interest is not charged on these amounts and there are no formal repayment terms. The Parent charged to MCRS management fees of $2,940,000 and $2,773,000 for the years ended December 31, 2013 and 2012, respectively.

For the years ended December 31, 2013 and 2012, revenues included approximately $37,060,000 and $47,000,000, respectively, from two customers that are related parties in that certain owners of the customers' parent companies also hold equity units of the Parent.

F-77

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

During 2012, MCRS had a note receivable from a related party in the amount of $2,450,000 that carried an interest rate of 9.5%. Certain owners of the related party were also holders of equity units of the Parent. The note was repaid in full in June 2012.

Effective July 31, 2013, CP was transferred to the Parent due to certain legal entity restructuring at the Parent. In connection with this transfer, the net assets of CP were transferred to the Parent and an intercompany payable of $10,000,000 to the Parent was forgiven by the Parent. This transfer is presented as a transfer of the net deficit of CP in the consolidated statements of shareholder's equity for the year ended December 31, 2013. Included in the consolidated results of operations of MCRS are revenue and a net loss for CP of $5,067,628 and $(1,720,906), respectively, for the year ended December 31, 2013 and revenue and net income of $240,956 and $22,100, respectively, for the year ended December 31, 2012. A summary of the net assets transferred is as follows:

| | |
|---|---:|
| Cash | $ 204,361 |
| Accounts receivable, net | 1,798,921 |
| Other current assets | 152,560 |
| Property and equipment, net | 1,843,771 |
| Intangible assets, net | 4,363,900 |
| Goodwill, net | 6,139,764 |
| Other assets | 47,169 |
| Intercompany payables | (10,812,740) |
| Accounts payable | (683,291) |
| Accrued expenses | (449,838) |
| Contingent payments | (1,773,439) |
| Net deferred tax liabilities | (2,529,944) |
| Net | $ (1,698,806) |

**Note 13—Cash Flows—Supplemental Disclosures**

Interest paid was $8,490,315 and $8,800,230 for the years ended December 31, 2013 and 2012, respectively.

State taxes paid were $825,984 and $1,391,366 for the years ended December 31, 2013 and 2012, respectively. Federal income taxes paid were $3,200,000 and $8,500,000 for the years ended December 31, 2013 and 2012, respectively.

**Note 14—Subsequent Events**

MCRS was sold to Patriot Care, Inc. on August 6, 2014. Subsequent to the sale, MCRS was renamed Patriot Care Holdings, Inc.

MCRS has evaluated subsequent events through October 3, 2014, the date that the financial statements were available to be issued and has concluded that, other than the items discussed above and in Note 11, there were no events that require adjustment to or disclosure in the consolidated financial statements.

F-78

**MCRS Holdings, Inc.**

## CONSOLIDATED BALANCE SHEETS (UNAUDITED)

|  | June 30, 2014 | December 31, 2013 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash | $ 2,105,502 | $ 3,833,277 |
| Accounts receivable, net of allowance for doubtful accounts of $2,245,887 and $2,240,649, respectively | 3,821,929 | 8,114,568 |
| Prepaid expenses and other current assets | 448,833 | 450,404 |
| Federal and state income tax receivable | 84,480 | 951,932 |
| Deferred tax asset | 947,349 | 923,405 |
| **Total current assets** | **7,408,093** | **14,273,586** |
| Property and equipment, net | 99,501 | 117,716 |
| Goodwill | 60,192,446 | 60,192,446 |
| Intangible assets, net | 61,371,918 | 66,647,918 |
| Other assets | 45,258 | 45,258 |
| **Total assets** | **$129,117,216** | **$141,276,924** |
| **Liabilities and Stockholder's Equity** | | |
| Current liabilities: | | |
| Line of credit | $ 5,000,000 | $ 5,000,000 |
| Current portion of long-term debt | — | 1,000,000 |
| Accounts payable | 106,641 | 149,711 |
| Due to MCMC Holdings, LLC | 1,810,873 | 8,496,301 |
| Accrued compensation and benefits | 252,593 | 192,705 |
| Accrued expenses and other liabilities | 693,815 | 3,542,500 |
| **Total current liabilities** | **7,863,922** | **18,381,217** |
| Long-term debt | 69,474,515 | 69,474,515 |
| Long-term contingent payments | 12,501,000 | 11,928,000 |
| Deferred rent | 13,115 | 17,050 |
| Deferred tax liability | 23,878,019 | 25,812,019 |
| **Total liabilities** | **113,730,571** | **125,612,801** |
| **Stockholder's Equity** | | |
| Common stock, $.01 par value; 1,000 shares authorized; 1,000 shares issued and outstanding | 10 | 10 |
| Paid-in capital | 17,050,000 | 17,050,000 |
| Accumulated deficit | (1,663,365) | (1,385,887) |
| Total Stockholder's Equity | 15,386,645 | 15,664,123 |
| **Total liabilities and stockholder's equity** | **$129,117,216** | **$141,276,924** |

See accompanying notes to the unaudited consolidated financial statements.

F-79



4/19/2018 Form 424B4

Table of Contents

**MCRS Holdings, Inc.**

**CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2014 | 2013 |
| Net sales | $20,096,617 | $22,548,365 |
| Cost of services | 8,182,922 | 11,748,988 |
|     Gross profit | 11,913,695 | 10,799,377 |
| Operating expenses: | | |
|     General and administrative expenses | 756,556 | 4,115,433 |
|     Depreciation and amortization expense | 5,294,215 | 6,096,739 |
|         Total operating expenses | 6,050,771 | 10,212,172 |
| **Income from operations** | 5,862,924 | 587,205 |
| Other expenses | | |
|     Interest expense, net | (4,468,468) | (5,048,423) |
|     Management fee | (1,470,000) | (1,200,000) |
|         Total other expenses | (5,938,468) | (6,248,423) |
| **Loss before provision for (benefit from) income taxes** | (75,544) | (5,661,218) |
|     Provision for (benefit from) income taxes | 201,934 | (2,345,891) |
| **Net loss** | $ (277,478) | $ (3,315,327) |

See accompanying notes to the unaudited consolidated financial statements.

F-80

4/19/2018                                                                 Form 424B4

Table of Contents

**MCRS Holdings, Inc.**

**CONSOLIDATED STATEMENTS OF STOCKHOLDER'S EQUITY (UNAUDITED)**
Six Months Ended June 30, 2014 and 2013

|  | Shares | | Additional Paid-in Capital | Retained Earnings (Accumulated Deficit) | Total |
|---|---|---|---|---|---|
|  | Units | Amount |  |  |  |
| Balance, January 1, 2013 | 1,000 | $ 10 | $17,050,000 | $ 1,142,615 | $18,192,625 |
| Net loss | — | — | — | (3,315,327) | (3,315,327) |
| Balance, June 30, 2013 | 1,000 | $ 10 | $17,050,000 | $ (2,172,712) | $14,877,298 |
| Balance, January 1, 2014 | 1,000 | $ 10 | $17,050,000 | $ (1,385,887) | $15,664,123 |
| Net loss | — | — | — | (277,478) | (277,478) |
| Balance, June 30, 2014 | 1,000 | $ 10 | $17,050,000 | $ (1,663,365) | $15,386,645 |

See accompanying notes to the unaudited consolidated financial statements.

F-81

4/19/2018 Form 424B4

Table of Contents

**MCRS Holdings, Inc.**

**CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)**

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2014 | 2013 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (277,478) | $(3,315,327) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 5,294,215 | 6,096,739 |
| Bad debt expense | 59,861 | 1,690,793 |
| Accretion on contingent obligations | 573,000 | 522,000 |
| Deferred rent | (3,935) | (4,053) |
| Provision for deferred income tax benefits | (1,957,944) | (3,167,839) |
| Changes in: | | |
| Accounts receivable | 4,232,778 | (2,462,556) |
| Prepaid expenses and other current assets | 1,571 | (67,508) |
| Other assets | — | 2,999 |
| Accounts payable and accrued expenses | (2,831,867) | 2,742,628 |
| Federal and state income taxes receivable or payable | 867,452 | (1,701,782) |
| **Net cash provided by operating activities** | 5,957,653 | 336,094 |
| **Cash flows from financing activities:** | | |
| Principal payments on long-term debt | (1,000,000) | — |
| Due to MCMC Holdings, LLC | (6,685,428) | 22,858 |
| **Cash provided by (used in) financing activities** | (7,685,428) | 22,858 |
| **Net increase (decrease) in cash** | (1,727,775) | 358,952 |
| Cash, beginning | 3,833,277 | 979,052 |
| **Cash, ending** | $ 2,105,502 | $ 1,338,004 |

See accompanying notes to the unaudited consolidated financial statements.

F-82

https://www.sec.gov/Archives/edgar/data/1619917/000119312515014974/d851656d424b4.htm    249/258

**249 of 258**

Table of Contents

**MCRS Holdings, Inc.**

## NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS

### Note 1—Nature of Operations and Summary of Significant Accounting Policies

MCRS Holdings, Inc. ("MCRS") was a wholly owned subsidiary of MCMC Holdings, LLC (the "Parent" or "MCMC"), a managed care service organization, for the six months ended June 30, 2014 and 2013. MCRS was acquired by a subsidiary of Patriot National, Inc. on August 6, 2014 and was renamed Patriot Care Holdings, Inc. These unaudited consolidated financial statements represent the financial results of MCRS as of and for the six months ended June 30, 2014 and 2013, during which time MCRS operated as a subsidiary of MCMC.

The accompanying unaudited consolidated financial statements of MCRS do not include all of the information and note disclosures required by accounting principles generally accepted in the United States of America. The consolidated financial statements and notes herein are unaudited, but in the opinion of management, include all the adjustments (consisting only of normal, recurring adjustments) necessary to present fairly the consolidated financial position, results of operations and cash flows of the MCRS. The preparation of unaudited consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the unaudited consolidated financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates.

These unaudited consolidated statements should be read in conjunction with the audited consolidated financial statements and notes thereto. The consolidated results of operations for the interim periods shown herein are not necessarily indicative of the results to be expected for any future interim period or for the entire year.

MCRS Holdings, Inc. is a national managed care services. MCRS provides managed care and cost containment services to insurance carriers and self-insured employers. MCRS's services include utilization review, telephonic nurse case management, and medical bill review.

A summary of the accounting policies consistently applied in the consolidated financial statements follows:

**Financial Statement Preparation**

The preparation of MCRS's consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements. Estimates include the allowance for doubtful accounts receivable, useful lives of property and equipment, goodwill and intangible assets, accrued liabilities, deferred taxes and liabilities for contingent payments. Actual results could differ from those estimates.

The financial statements of MCRS are presented based on the accounting records as a subsidiary of the Parent. As such, the financial statements are not necessarily indicative of the financial position, results of operations and cash flows that might have occurred had the operations of MCRS been an independent entity not integrated into the Parent's other operations. Certain corporate and debt costs have been allocated by the Parent to MCRS.

F-83

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

**Principles of Consolidation**

For the six months ended June 30, 2014, the consolidated financial statements of MCRS include the results of its wholly owned subsidiaries Managed Care Risk Services Inc., MCRS Group, and Managed Care Risk Services Holdings.

For the six months ended June 30, 2013, the consolidated financial statements of MCRS include the results of its wholly owned subsidiaries Managed Care Risk Services Inc., MCRS Group, and Managed Care Risk Services Holdings and the operating results of CompPartners, Inc. ("CP"). Effective July 31, 2013, CP was contributed to the Parent. All significant intercompany accounts and transactions have been eliminated in consolidation.

**Accounts Receivable**

Accounts receivable are stated at the amount management expects to collect from outstanding balances. Management provides for probable uncollectible amounts through a charge to operations and an increase to the allowance for doubtful accounts based on its assessment of the current status of individual accounts. Balances that are still outstanding after management has used reasonable collections efforts are written off against the allowance for doubtful accounts.

**Property and Equipment**

Property and equipment are stated at cost. Property and equipment that was acquired in business combinations are initially recorded at their estimated fair market values. Depreciation and amortization is provided using the straight-line method over the following useful lives:

| | |
|---|---|
| Leasehold improvements | Term of the lease |
| Artwork | Indefinite |
| Furniture | 7 years |
| Vehicles | 5 years |
| Office equipment | 5 years |
| Computer equipment and software | 3 to 7 years |

Upon disposition, the cost and related accumulated depreciation and amortization are removed from the accounts and any gain or loss is included in income. Maintenance and repairs are charged to expense as incurred.

**Goodwill, Intangible Assets and Deferred Financing Costs**

Goodwill consists of the excess cost of purchased assets and liabilities assumed over their fair values at the date of acquisition. Goodwill and intangible assets that have indefinite useful lives are not amortized but are tested at least annually for impairment and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying amount. Goodwill is tested for impairment at a level of reporting referred to as a reporting unit.

Specifically identifiable intangible assets consist of customer contracts, non-compete agreements and deferred financing costs, all of which are being amortized over 2 to 10 years on a straight-line basis.

F-84

Table of Contents

**MCRS Holdings, Inc.**

## NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

Recoverability of these intangible assets is reviewed annually or sooner if events or changes in circumstances indicate that the carrying amount may not exceed fair value and is adjusted accordingly.

MCRS used a combination of income valuation approaches and the market valuation approaches to measure the fair value of its acquired assets and for the purposes of evaluating impairment. Under the income valuation methodology, fair value was based on the present value of the estimated future cash flows that MCRS is expected to generate over the acquired asset's remaining estimated life. In applying this approach, MCRS was required to make estimates of future operating trends, judgments about discount rates and other assumptions. Under the market valuation approach, the fair value of MCRS and its reporting units is based on comparable industry data and comparable market transactions.

Deferred financing costs are costs incurred in conjunction with debt financing, which have been capitalized and are amortized on a straight-line basis over the term of the debt, which approximates the effective interest method.

**Fair Value Measurements**

MCRS reports certain assets and liabilities at fair value on a recurring and nonrecurring basis depending on the underlying accounting policy for the particular item in accordance with fair value measurement standards. Nonrecurring measurements include the fair value of assets and liabilities acquired in business combinations and fair value assumptions for impairment considerations. These standards require an entity to maximize the use of observable inputs (such as quoted prices in active markets) and minimize the use of unobservable inputs (such as appraisals or valuation techniques) to determine fair value. Instruments measured and reported at fair value are classified and disclosed in one of the following categories, with Level 1 being the highest level of input:

    Level 1—are quoted prices in active markets for identical investments that MCRS has the ability to access at the measurement or reporting date.

    Level 2—are inputs (other than quoted prices in active markets included within Level 1), which are either directly or indirectly observable as of the reporting date, and fair value is determined through the use of models or other valuation methodologies.

    Level 3—are unobservable inputs for the investment and includes situations where there is little, if any, market activity for the investment. Unobservable inputs are those that reflect MCRS's own assumptions about the determination of fair value and require significant management judgment or estimation.

In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an investment's level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. MCRS's assessment of the significance of a particular input to the fair value measurement in its entirety requires judgment and considers factors specific to the investment.

Management has determined that fair value approximates carrying value for accounts receivable, notes receivable and accounts payable given the short-term nature of these instruments. The fair value of such instruments has been derived, in part, by management's assumptions, utilizing Level 2 inputs.

F-85

Table of Contents

**MCRS Holdings, Inc.**

## NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

**Contingent Payments**

Contingent payments represent the estimated fair value of future payments due resulting from previous business combinations. The long-term contingent payment represents the estimated fair value of contingent consideration that is due in 2019 if certain contracts are renewed at that time. This obligation was recognized at the date of the acquisition in accordance with Accounting Standards Codification No. 805, *Business Combinations*, Section 805-20-25. The liability was estimated based on the net present value of the contingent payment using a discount rate of 9.6% which was derived from the Parent's borrowing rates. Accretion expense for the long-term contingent payments was $573,000 and $522,000 for the six month ended June 30, 2014 and 2013, respectively.

**Revenue Recognition**

MCRS recognizes revenue when services are performed for clients, persuasive evidence of the arrangement exists, pricing is fixed and determinable and collection is reasonably assured.

**Income Taxes**

MCRS accounts for income taxes in accordance with the liability method. Tax provisions and credits are recorded at statutory rates for taxable items included in the consolidated statements of operations regardless of the period for which such items are reported for tax purposes. Deferred income taxes are recognized for temporary differences between financial statements and income tax bases of assets and liabilities.

**Accounting for Uncertain Tax Positions**

MCRS accounts for the effect of any uncertain tax positions based on a "more likely than not" threshold to the recognition of the tax positions being sustained based on the technical merits of the position under scrutiny by the applicable taxing authority. If a tax position or positions are deemed to result in uncertainties of those positions, the unrecognized tax benefit is estimated based on a "cumulative probability assessment" that aggregates the estimated tax liability for all uncertain tax positions. Interest and penalties assessed, if any, are accrued as income tax expense.

MCRS has assessed its tax positions has and has determined them to be highly certain, therefore, no reserve for unrecognized tax liabilities is deemed necessary. MCRS files income tax returns for U.S. Federal income tax purposes and in various states. MCRS is currently under the Internal Revenue Service ("IRS") examination for the year ended December 31, 2011. MCRS's Federal and state income tax returns are generally open for examination for three years from the date filed.

**Note 2—Concentration of Credit Risk**

MCRS maintains its cash at various financial institutions which, at times, may exceed federally insured limits. MCRS has not incurred any significant losses in such accounts.

For the six months ended June 30, 2014 and 2013, three customers accounted for approximately 100% and 80%, respectively, of MCRS's revenue and at June 30, 2014 and December 31, 2013 the same three customers accounted for 100% of MCRS's accounts receivable for each period end.

F-86

Table of Contents

**MCRS Holdings, Inc.**

### NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

#### Note 3—Lines of Credit

MCRS's Parent has a revolving line of credit agreement with Madison Capital with a maximum borrowing capacity of $10,000,000. The line of credit carries an interest rate equal to the London Inter-Bank Offer Rate ("LIBOR") floor plus 6% (7.5% at June 30, 2014 and December 31, 2013). There was $5,000,000 outstanding on the line of credit at June 30, 2014 and December 31, 2013, which has been allocated to MCRS by the Parent. The revolving line of credit is collateralized by all the assets of the Parent and MCRS (see Note 4). The line of credit has an unused facilities fee equal to 0.5% of the portion not used and expires in September 2016.

#### Note 4—Long-Term Debt

The Parent has in place a term loan and security agreement with LBC and Madison Capital in the amount of $100,000,000. The amounts in the table below related to the term loan have been allocated to MCRS by the Parent.

Long-term debt consists of the following:

|  | June 30, 2014 | December 31, 2013 |
|---|---|---|
| Term loan payable to Madison Capital, as a lender and agent for all lenders, at LIBOR floor plus 6.0% (7.5% at June 30, 2014 and December 31, 2013), quarterly principal payments by the Parent ranging from $1,167,188 to $2,075,000 are due on the last day of March, June, September and December until September 30, 2016. Payments commenced on September 30, 2011. The note is senior to the LBC note and has a maturity date of September 30, 2016 and is collateralized by a pledge of all assets of the Parent and MCRS Holdings, Inc. | $34,474,515 | $ 35,474,515 |
| Subordinated note payable to LBC, as a lender and agent for all lenders, at 13.5%. There are no scheduled principal payments. The note is subordinated to the Madison note and has a maturity date of March 31, 2017 and is collateralized by a pledge of all assets of the Parent and MCRS Holdings, Inc . | 35,000,000 | 35,000,000 |
|  | 69,474,515 | 70,474,515 |
| Less current portion of long-term debt | — | (1,000,000) |
|  | $69,474,515 | $ 69,474,515 |

Principal payments of the term loan are allocated by the Parent to MCRS. No term loan payments were allocated to MCRS from July 1, 2014 through August 6, 2014. Future principal payments due under these debt agreements for the periods ending December 31 are as follows:

| | |
|---|---|
| July 1, 2014 through December 31, 2014 | $ — |
| 2015 | 8,300,000 |
| 2016 | 26,174,515 |
| 2017 | 35,000,000 |
| **Total** | **$69,474,515** |

F-87

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

The loans are also subject to accelerated payments based on a predetermined formula based on excess cash flow. Management believes the carrying value of MCRS's debt approximates fair value at June 30, 2014 and December 31, 2013 based on market rates of interest available to the Parent.

**Note 5—Income Taxes**

The components of the provision for (benefit from) income taxes for the six months ended June 30, 2014 and 2013 are as follows:

|  | 2014 | 2013 |
|---|---|---|
| Current: |  |  |
| Federal | $ 1,763,092 | $ 528,323 |
| State | 396,786 | 293,625 |
|  | 2,159,878 | 821,948 |
| Deferred: |  |  |
| Federal | (1,583,123) | (2,529,195) |
| State | (374,821) | (638,644) |
|  | (1,957,944) | (3,167,839) |
| **Provision for (benefit from) income taxes** | **$ 201,934** | **$(2,345,891)** |

Accounting standards relative to deferred taxes require a valuation allowance to reduce the deferred tax assets reported if, based on the weight of the evidence, it is more likely than not that some portion or all of the deferred tax assets will not be realized. After consideration of all of the evidence, both positive and negative, management has determined that a valuation allowance for the deferred tax assets is not necessary at June 30, 2014 and December 31, 2013. MCRS's effective tax rate differs from statutory rates primarily due to permanent items that are not deductible for income tax purposes.

**Note 6—Operating Leases**

MCRS leases office space under a non-cancelable operating leases expiring in February 2016. Future minimum rental commitments under non-cancelable operating obligations are as follows:

| July 1, 2014 through December 31, 2014 | $135,772 |
|---|---|
| 2015 | 271,544 |
| 2016 | 45,257 |
|  | $452,573 |

Rent expense was $139,983 and $383,113 for the six months ended June 30, 2014 and 2013, respectively.

**Note 7—Savings and Profit-Sharing Plan**

MCRS's Parent sponsors a savings and profit-sharing plan, which covers all employees who are at least eighteen years old and have completed three months of service. Under the plan, the employees may make voluntary contributions up to a percentage of their salary. The Parent may make discretionary contributions to the plan. No discretionary contributions were made for the six months ended June 30, 2014 and 2013.

F-88

MCRS Holdings, Inc.

## NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### Note 8—Commitments and Contingencies

As part of past acquisitions, the Parent and MCRS have entered into various employment agreements with key employees of the acquired companies. These agreements range from one to four years and contain standard terms including base salary, incentive plans and benefits.

MCRS is subject to various claims and suits that arise in the ordinary course of its business activities. In the opinion of management, the MCRS's liability insurance is sufficient to cover any liability resulting from such claims.

In January 2014, MCRS executed an agreement with a significant customer. In return for a $3,000,000 payment by MCRS, MCRS received payment of past due receivables, a settlement of certain disputes with the customer as well as agreement on fees for the customer and its affiliates through December 31, 2013, and an award of a new significant business contract. In connection with such agreement, MCRS accrued $3,000,000 at December 31, 2013 and this amount is reported as a reduction of revenue in the accompanying consolidated statements of operations.

### Note 9—Related Party Transactions

Due to MCMC Holdings, LLC reported on the consolidated balance sheets represents amounts charged or allocated to MCRS by the Parent, and certain funding by the Parent. Interest is not charged on these amounts and there are no formal repayment terms. The Parent charged to MCRS management fees of $1,470,000 and $1,200,000 for the six months ended June 30, 2014 and 2013, respectively.

For the six months ended June 30, 2014 and 2013, revenues included approximately $20,096,000 and $18,013,000, respectively, from three customers that are related parties in that certain owners of the customers' parent companies also hold equity units of the Parent.

Effective July 31, 2013, CP was transferred to the Parent due to certain legal entity restructuring at the Parent. In connection with this transfer, the net assets of CP were transferred to the Parent and an intercompany payable of $10,000,000 to the Parent was forgiven by the Parent. This transfer is presented as a transfer of the net deficit of CP in the consolidated statements of shareholder's equity for the year ended December 31, 2013. Included in the consolidated results of operations of MCRS are revenue and a net loss for CP of $4,535,349 and $(1,454,279), respectively, for the six months ended June 30, 2013. A summary of the net assets transferred is as follows:

| | |
|---|---:|
| Cash | $ 204,361 |
| Accounts receivable, net | 1,798,921 |
| Other current assets | 152,560 |
| Property and equipment, net | 1,843,771 |
| Intangible assets, net | 4,363,900 |
| Goodwill, net | 6,139,764 |
| Other assets | 47,169 |
| Intercompany payables | (10,812,740) |
| Accounts payable | (683,291) |
| Accrued expenses | (449,838) |
| Contingent payments | (1,773,439) |
| Net deferred tax liabilities | (2,529,944) |
| **Net** | **$ (1,698,806)** |

F-89

Table of Contents

**MCRS Holdings, Inc.**

**NOTES TO UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

**Note 10—Subsequent Events**

MCRS was sold to Patriot Care, Inc. on August 6, 2014. Subsequent to the sale, MCRS was renamed Patriot Care Holdings, Inc.

F-90

4/19/2018 Form 424B4

Table of Contents



Until February 9, 2015 (25 days after the date of this prospectus), all dealers that effect transactions in these securities, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealer's obligation to deliver a prospectus when acting as an underwriter and with respect to their unsold allotments or subscriptions.