# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PATRIOT NATIONAL, INC., *et al.*,[1] | ) Bankruptcy Case No. 18-10189 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| FLORIDA DEPT. OF FINANCIAL SERVICES, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civil Action No. 18-cv-00750 (RGA) |
| | ) |
| PATRIOT NATIONAL, INC., CERBERUS BUSINESS FINANCE, LLC, and HONORABLE TRINIDAD NAVARRO, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, in his capacity as RECEIVER OF ULLICO CASUALTY COMPANY IN LIQUIDATION, | ) |
| | ) |
| Appellees. | ) |

**VOLUME IV OF APPENDIX TO DEBTORS' COUNTER DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Patriot National, Inc. ("PNI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") hereby submit this Volume IV of the Appendix to the

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

*Debtors' Counter Designation of Additional Items to be Included in the Record on Appeal* [D.I. 6] filed with the United States District Court for the District of Delaware in the above-captioned appeal, Civil Action No. 18-00750 (RGA).

| Counter-Designation Number | Description | Date | Docket No. |
|---|---|---|---|
| 25. | Debtors' Production of Documents in Response to Receiver of Ullico Casualty Company in Liquidation's First Set of (I) Requests for Production and (II) Interrogatories Directed to the Debtors, produced April 5, 2018 | 4/24/2018 | See FN 3 (attached hereto as Appendix P – part 2) |

Dated: June 14, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

  -and-

Kathryn A. Coleman
Christopher Gartman
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      dustin.smith@hugheshubbard.com

*Attorneys for the Debtors and Debtors in Possession*