
**Bank of America Merrill Lynch**

# Your checking account

PATRIOT RISK SERVICES INC | Account # ██████████ | November 1, 2013 to November 30, 2013

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/05/13 | Preencoded Deposit | 0000000001 | 813108582486724 | 2,249.01 |
| 11/08/13 | Preencoded Deposit | 0000000001 | 813108582809606 | 206.85 |
| 11/14/13 | Preencoded Deposit | 0000000001 | 813108582291599 | 2,403.24 |
| 11/19/13 | Preencoded Deposit | 0000000001 | 813108582659963 | 157.30 |
| 11/21/13 | Preencoded Deposit | 0000000001 | 813108582885372 | 112.03 |
| **Total deposits and other credits** | | | | **$5,128.43** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/22/13 | ACCOUNT TRANSFER TRSF TO ████ | 1322141206 | 906811220005620 | -50,000.00 |
| 11/27/13 | ACCOUNT TRANSFER TRSF TO ████ | 1327083911 | 906811270008188 | -40,000.00 |
| **Total withdrawals and other debits** | | | | **-$90,000.00** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 11/18 | 327603 | 813107782165145 | -566.80 | 11/26 | 371288* | 813109592863670 | -521.91 |
| | | | | **Total checks** | | | **-$1,088.71** |
| | | | | **Total # of checks** | | | **2** |

* There is a gap in sequential check numbers

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 97,882.56 | 11/08 | 100,338.42 | 11/18 | 102,174.86 |
| 11/05 | 100,131.57 | 11/14 | 102,741.66 | 11/19 | 102,332.16 |

*continued on the next page*

Page 3 of 4

CONFIDENTIAL

PNI-001106

**PATRIOT RISK SERVICES INC** | Account # ▮▮▮▮ | **November 1, 2013 to November 30, 2013**

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/21 | 102,444.19 | 11/26 | 51,922.28 | 11/27 | 11,922.28 |
| 11/22 | 52,444.19 | | | | |

Page 4 of 4

CONFIDENTIAL

PNI-001107

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

Customer service information

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for December 1, 2013 to December 31, 2013

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on December 1, 2013 | $11,922.28 |
| Deposits and other credits | 392,826.29 |
| Withdrawals and other debits | -350,000.00 |
| Checks | -260.61 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2013** | **$54,487.96** |

# of deposits/credits: 4

# of withdrawals/debits: 5

# of days in cycle: 31

Average ledger balance: $66,777.62

Beginning January 1, 2014, we will assess a new daily overdraft fee for each calendar day your account's end-of-day balance is negative, regardless of the type of debit item that created the overdraft. We will no longer charge the per-item fee for each item that overdraws your account; however, a per-item fee will continue to be assessed for each non-sufficient funds item that is returned without payment.

CONFIDENTIAL

PNI-001108

PATRIOT RISK SERVICES INC   |   Account #[REDACTED]   |   December 1, 2013 to December 31, 2013

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems.- You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

CONFIDENTIAL

PNI-001109

**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #████████   |   December 1, 2013 to December 31, 2013

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 12/06/13 | ACCOUNT TRANSFER TRSF FROM█ | 1306345731 | 906812060005174 | 90,000.00 |
| 12/06/13 | Preencoded Deposit | 0000000001 | 813108582068392 | 2,159.62 |
| 12/18/13 | Preencoded Deposit | 0000000001 | 813108582086907 | 666.67 |
| 12/24/13 | ACCOUNT TRANSFER TRSF FROM█ | 1324911395 | 906812240004083 | 300,000.00 |

**Total deposits and other credits**                                    **$392,826.29**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 12/06/13 | WIRE TYPE:WIRE OUT DATE:131206 TIME:1617 ET TRN:2013120600289620 SERVICE REF:409125 BNF:UBS FINANCIAL SERVICES ID:101-WA-258640-00 BNF BK:UBS AG STAMFORD-BRANCH ID:0799 PMT DET:13CO 6G1237CX0V53GIC Speical Account For further credit | | 903712060289620 | -50,000.00 |
| 12/26/13 | ACCOUNT TRANSFER TRSF TO█ | 1326014628 | 906812260005195 | -300,000.00 |

**Total withdrawals and other debits**                                  **-$350,000.00**

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 12/16 | 375190 | 813109492679789 | -194.11 | 12/04 | 382779 | 813104992442197 | -58.00 |
| 12/04 | 382778* | 813104992442198 | -8.50 | | | | |

|  | | |
|--|--|--|
| **Total checks** | **-$260.61** |
| **Total # of checks** | **3** |

* There is a gap in sequential check numbers

CONFIDENTIAL

PNI-001110

**PATRIOT RISK SERVICES INC   |   Account #**        |   **December 1, 2013 to December 31, 2013**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 11,922.28 | 12/16 | 53,821.29 | 12/24 | 354,487.96 |
| 12/04 | 11,855.78 | 12/18 | 54,487.96 | 12/26 | 54,487.96 |
| 12/06 | 54,015.40 | | | | |

To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 4 of 4

CONFIDENTIAL

PNI-001111

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for January 1, 2014 to January 31, 2014

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on January 1, 2014 | $54,487.96 |
| Deposits and other credits | 516.28 |
| Withdrawals and other debits | -0.00 |
| Checks | -94.30 |
| Service fees | -0.00 |
| **Ending balance on January 31, 2014** | **$54,909.94** |

# of deposits/credits: 2

# of withdrawals/debits: 2

# of days in cycle: 31

Average ledger balance: $54,591.25

PULL: E' CYCLE: 87 SPEC: E DELIVERY: E TYPE: IMAGE: A BC: JAX

Page 1 of 4

CONFIDENTIAL

PNI-001112

PATRIOT RISK SERVICES INC   |   Account #   ████████   |   January 1, 2014 to January 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers– If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

 **Bank of America, N.A. Member FDIC** and **Equal Housing Lender**

CONFIDENTIAL

PNI-001113

**Bank of America**
**Merrill Lynch**
PATRIOT RISK SERVICES INC | Account #

# Your checking account

| January 1, 2014 to January 31, 2014

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 01/06/14 | Preencoded Deposit | 0000000001 | 813108582395836 | 124.11 |
| 01/29/14 | Preencoded Deposit | 0000000001 | 813108582389310 | 392.17 |
| **Total deposits and other credits** | | | | **$516.28** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 01/21 | 95601 | 813108992355521 | -85.68 | 01/02 | 310096* | 813107482130402 | -8.62 |
| | | | | **Total checks** | | | **-$94.30** |
| | | | | **Total # of checks** | | | **2** |

* There is a gap in sequential check numbers

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 01/01 | 54,487.96 | 01/06 | 54,603.45 | 01/29 | 54,909.94 |
| 01/02 | 54,479.34 | 01/21 | 54,517.77 | | |

To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001114

PATRIOT RISK SERVICES INC   |   Account #              |   January 1, 2014 to January 31, 2014

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001115

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for February 1, 2014 to February 28, 2014

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on February 1, 2014 | $54,909.94 |
| Deposits and other credits | 633.83 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 28, 2014** | **$55,543.77** |

# of deposits/credits: 1

# of withdrawals/debits: 0

# of days in cycle: 28

Average ledger balance: $55,113.67

CONFIDENTIAL

PNI-001116

**1006 of 1139**

PATRIOT RISK SERVICES INC   |   Account #▮▮▮▮▮▮▮▮          February 1, 2014 to February 28, 2014

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001117



**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #␣␣␣␣␣␣␣␣|   February 1, 2014 to February 28, 2014

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/20/14 | Preencoded Deposit | 0000000001 | 813108582300668 | 633.83 |
| **Total deposits and other credits** | | | | **$633.83** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 02/01 | 54,909.94 | 02/20 | 55,543.77 |

🖋️   To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001118

**1008 of 1139**

PATRIOT RISK SERVICES INC   |   Account #          |   February 1, 2014 to February 28, 2014

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001119

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for March 1, 2014 to March 31, 2014

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2014 | $55,543.77 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $55,543.77 |
| Service fees | -0.00 | |
| **Ending balance on March 31, 2014** | **$55,543.77** | |

CONFIDENTIAL                                                                                    PNI-001120

**1010 of 1139**

PATRIOT RISK SERVICES INC  |  Account #            |  March 1, 2014 to March 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001121



**Bank of America** **Merrill Lynch**

# Your checking account

PATRIOT RISK SERVICES INC | Account # ███████ | March 1, 2014 to March 31, 2014

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 03/01 | 55,543.77 |

To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001122

PATRIOT RISK SERVICES INC   |   Account #▬▬▬▬▬   |   March 1, 2014 to March 31, 2014

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001123

**1013 of 1139**

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for April 1, 2014 to April 30, 2014

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on April 1, 2014 | $55,543.77 |
| Deposits and other credits | 842.22 |
| Withdrawals and other debits | -50,000.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2014** | **$6,385.99** |

# of deposits/credits: 1

# of withdrawals/debits: 1

# of days in cycle: 30

Average ledger balance: $20,712.21

CONFIDENTIAL

PNI-001124

**1014 of 1139**

PATRIOT RISK SERVICES INC   |   Account #  ▮▮▮▮▮▮  |  April 1, 2014 to April 30, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

Page 2 of 4

CONFIDENTIAL

PNI-001125

**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #███████  |  April 1, 2014 to April 30, 2014

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 04/25/14 | Preencoded Deposit | 0000000001 | 813108582873685 | 842.22 |
| **Total deposits and other credits** | | | | **$842.22** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 04/10/14 | ACCOUNT TRANSFER TRSF TO ███████ | 1441019490 | 906804100006273 | -50,000.00 |
| **Total withdrawals and other debits** | | | | **-$50,000.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 55,543.77 | 04/10 | 5,543.77 | 04/25 | 6,385.99 |

🦅 To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001126

PATRIOT RISK SERVICES INC | Account # ████████ | April 1, 2014 to April 30, 2014

This page intentionally left blank

CONFIDENTIAL

PNI-001127

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for May 1, 2014 to May 31, 2014

Account number: ▮▮▮▮▮▮▮▮

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on May 1, 2014 | $6,385.99 |
| Deposits and other credits | 66.50 |
| Withdrawals and other debits | -0.00 |
| Checks | -1,246.42 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2014** | **$5,206.07** |

# of deposits/credits: 1

# of withdrawals/debits: 5

# of days in cycle: 31

Average ledger balance: $5,222.68

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:   IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001128

PATRIOT RISK SERVICES INC   |   Account #            |   May 1, 2014 to May 31, 2014

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001129

**Bank of America** 🦅
**Merrill Lynch**

PATRIOT RISK SERVICES INC  |  Account #  [redacted]  |  May 1, 2014 to May 31, 2014

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/12/14 | Preencoded Deposit | 0000000001 | 813108582336937 | 66.50 |
| **Total deposits and other credits** | | | | **$66.50** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 05/05 | 263904 | 813108992516498 | -296.80 | 05/05 | 336376* | 813108992516495 | -143.90 |
| 05/05 | 275500* | 813108992516497 | -161.54 | 05/05 | 352878* | 813108992516494 | -482.64 |
| 05/05 | 283412* | 813108992516496 | -161.54 | | | | |
| | | | | | **Total checks** | | **-$1,246.42** |
| | | | | | **Total # of checks** | | **5** |

* There is a gap in sequential check numbers

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 6,385.99 | 05/05 | 5,139.57 | 05/12 | 5,206.07 |

🦅 To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001130

PATRIOT RISK SERVICES INC   |   Account #█████████   |   May 1, 2014 to May 31, 2014

This page intentionally left blank·

Page 4 of 4

CONFIDENTIAL

PNI-001131

**1021 of 1139**

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC.
ULLICO CASUALTY
401. E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

# Your Full Analysis Business Checking

for June 1, 2014 to June 30, 2014

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2014 | $5,206.07 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2014** | **$5,206.07** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 30

Average ledger balance: $5,206.07

Effective June 2014, the Deposit Agreement and Disclosures booklet ("Booklet") which governs your account has been updated. The account will continue to be subject to the Booklet as updated from time to time. Please contact your account representative to receive the updated version. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this Booklet.

CONFIDENTIAL

PNI-001132

PATRIOT RISK SERVICES INC  |  Account #          |  June 1, 2014 to June 30, 2014

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

Page 2 of 4

CONFIDENTIAL

PNI-001133

Bank of America Merrill Lynch

## Your checking account

PATRIOT RISK SERVICES INC | Account # [redacted] | June 1, 2014 to June 30, 2014

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 06/01 | 5,206.07 |

To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

PATRIOT RISK SERVICES INC  |  Account # ██████████ |  June 1, 2014 to June 30, 2014

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001135

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for July 1, 2014 to July 31, 2014                                Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on July 1, 2014 | $5,206.07 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on July 31, 2014** | **$5,206.07** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $5,206.07

CONFIDENTIAL

PNI-001138

PATRIOT RISK SERVICES INC  |  Account # |  July 1, 2014 to July 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers, in case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001137



**Bank of America** ⋙
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #▮▮▮▮▮▮   |   July 1, 2014 to July 31, 2014

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 07/01 | 5,206.07 |

✍   To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001138

PATRIOT RISK SERVICES INC   |   Account #██████████   July 1, 2014 to July 31, 2014

This page intentionally left blank

CONFIDENTIAL

PNI-001139


**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for August 1, 2014 to August 31, 2014

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

Account number: ███████████

### Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2014 | $5,206.07 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $5,206.07 |
| Service fees | -0.00 | |
| **Ending balance on August 31, 2014** | **$5,206.07** | |

FULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:   IMAGE: A  BC: JAX

**CONFIDENTIAL**

PNI-001140

PATRIOT RISK SERVICES INC   |   Account #▇▇▇▇▇▇▇   |   August 1, 2014 to August 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC** and ⬒ **Equal Housing Lender**

CONFIDENTIAL

PNI-001141

**Bank of America** 〰〰
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #          |  August 1, 2014 to August 31, 2014

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 08/01 | 5,206.07 |

✎  To help you BALANCE YOUR CHECKING ACCOUNT,  print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001142

**PATRIOT RISK SERVICES INC   |   Account #**                    **|   August 1, 2014 to August 31, 2014**

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001143

**1033 of 1139**

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖳 bankofamerica.com

🏦 Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for September 1, 2014 to September 30, 2014                     Account number:

**PATRIOT RISK SERVICES INC     ULLICO CASUALTY**

🏛 If your deposit account with us contains the proceeds of municipal securities or municipal escrow investments, as defined in the Dodd-Frank Wall Street Reform and Consumer Protection Act, please contact your bank representative, or we will assume that your deposit account contains no such proceeds.

## Account summary

| | | |
|---|---:|---|
| Beginning balance on September 1, 2014 | $5,206.07 | # of deposits/credits: 2 |
| Deposits and other credits | 1,836.89 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $6,338.53 |
| Service fees | -0.00 | |
| **Ending balance on September 30, 2014** | **$7,042.96** | |

FULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

Page 1 of 4

CONFIDENTIAL

PNI-001144

PATRIOT RISK SERVICES INC   |   Account #      |   September 1, 2014 to September 30, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers– If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

**Bank of America**
**Merrill Lynch**

**Your checking account**

PATRIOT RISK SERVICES INC   |   Account #▉▉▉▉▉   |   **September 1, 2014 to September 30, 2014**

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/10/14 | Preencoded Deposit | 0000000001 | 813101142312462 | 1,070.09 |
| 09/16/14 | Counter Credit | | 813106142861790 | 766.80 |
| **Total deposits and other credits** | | | | **$1,836.89** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 5,206.07 | 09/10 | 6,276.16 | 09/16 | 7,042.96 |

✍ To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001146

**1036 of 1139**

**PATRIOT RISK SERVICES INC** | Account # ███████ | September 1, 2014 to September 30, 2014

This page intentionally left blank

CONFIDENTIAL

PNI-001147

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

## Your Full Analysis Business Checking

for October 1, 2014 to October 31, 2014

Account number:

**PATRIOT RISK SERVICES INC   ULLICO CASUALTY**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2014 | $7,042.96 | # of deposits/credits: 1 |
| Deposits and other credits | 488,870.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -488,870.00 | # of days in cycle: 31 |
| Checks | -11.69 | Average ledger balance: $22,806.17 |
| Service fees | -0.00 | |
| **Ending balance on October 31, 2014** | **$7,031.27** | |

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001148

PATRIOT RISK SERVICES INC  |  Account #   |  October 1, 2014 to October 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

Page 2 of 4

CONFIDENTIAL

PNI-001149



**Bank of America** ⟋⟋⟋
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #[        ]  |  October 1, 2014 to October 31, 2014

## Your checking account

### Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/27/14 | Deposit | | 813106442447034 | 488,870.00 |
| **Total deposits and other credits** | | | | **$488,870.00** |

### Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/28/14 | ACCOUNT TRANSFER TRSF TO [        ] | 1442513305 | 906810280005591 | -488,870.00 |
| **Total withdrawals and other debits** | | | | **-$488,870.00** |

### Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 10/14 | 143426 | 813108792455778 | -11.69 |
| **Total checks** | | | **-$11.69** |
| **Total # of checks** | | | **1** |

### Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 10/01 | 7,042.96 | 10/27 | 495,901.27 | 10/28 | 7,031.27 |
| 10/14 | 7,031.27 | | | | |

✍ To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001150

PATRIOT RISK SERVICES INC   |   Account # ▬▬▬▬▬   |   October 1, 2014 to October 31, 2014

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001151

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for November 1, 2014 to November 30, 2014                Account number:
**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2014 | $7,031.27 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $7,031.27 |
| Service fees | -0.00 | |
| **Ending balance on November 30, 2014** | **$7,031.27** | |

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001152

PATRIOT RISK SERVICES INC  |  Account #▮▮▮▮▮▮▮|  November 1, 2014 to November 30, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

CONFIDENTIAL

PNI-001153

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #

# Your checking account

November 1, 2014 to November 30, 2014

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 11/01 | 7,031.27 |

To help you BALANCE YOUR CHECKING ACCOUNT,  print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001154

PATRIOT RISK SERVICES INC   |   Account #▮▮▮▮▮▮   |   November 1, 2014 to November 30, 2014

This page intentionally left blank

CONFIDENTIAL

PNI-001155

**Bank of America** 
**Merrill Lynch**

P.O. Box 15384
Wilmington, DE 19850

**Customer service information**

📞  Customer service: 1.888.400.9009

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

🛡  Please see the Account Changes section of your statement for details regarding important changes to your account.

## Your Full Analysis Business Checking

for December 1, 2014 to December 31, 2014                      Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2014 | $7,031.27 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $7,031.27 |
| Service fees | -0.00 | |
| **Ending balance on December 31, 2014** | **$7,031.27** | |

**PATRIOT RISK SERVICES INC** | Account # ▇▇▇▇▇ | December 1, 2014 to December 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

Page 2 of 6

CONFIDENTIAL

PNI-001157

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #⬛⬛⬛⬛   |   December 1, 2014 to December 31, 2014

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 12/01 | 7,031.27 |

✍ To help you BALANCE YOUR CHECKING ACCOUNT,  print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 6

CONFIDENTIAL

PNI-001158

PATRIOT RISK SERVICES INC   |   Account #          |   December 1, 2014 to December 31, 2014

This page intentionally left blank

Page 4 of 6

CONFIDENTIAL

PNI-001159

## Account Changes
At Bank of America, we're committed to keeping you up-to-date on any changes that may impact your banking accounts.

Starting February 3, 2015, if you have a Bank of America Debit or ATM card, you'll no longer be able to use these cards to get cash back at a merchant **without making a purchase**. You can still get cash back when you make a purchase or by making a cash withdrawal at one of our ATMs or banking centers. You can find a banking center or ATM near you by visiting bankofamerica.com/locator.

CONFIDENTIAL

PNI-001160

**PATRIOT RISK SERVICES INC  |  Account #**  ▮▮▮▮▮  |  **December 1, 2014 to December 31, 2014**

This page intentionally left blank

Page 6 of 6

CONFIDENTIAL

PNI-001161


**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for January 1, 2015 to January 31, 2015        Account number:

**PATRIOT RISK SERVICES INC   ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on January 1, 2015 | $7,031.27 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 31, 2015** | **$7,031.27** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,031.27

FULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

Page 1 of 4

**CONFIDENTIAL**

PNI-001162

PATRIOT RISK SERVICES INC | Account #            | January 1, 2015 to January 31, 2015

## IMPORTANT INFORMATION:
BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001163



**Bank of America**
**Merrill Lynch**

**Your checking account**

PATRIOT RISK SERVICES INC   |   Account #⬛⬛⬛⬛⬛   |   January 1, 2015 to January 31, 2015

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 01/01 | 7,031.27 |

✍  To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001164

PATRIOT RISK SERVICES INC   |   Account #████████   |   January 1, 2015 to January 31, 2015

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001165

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

## Your Full Analysis Business Checking

for February 1, 2015 to February 28, 2015                    Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on February 1, 2015 | $7,031.27 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 28 |
| Checks | -0.00 | Average ledger balance: $7,031.27 |
| Service fees | -0.00 | |
| **Ending balance on February 28, 2015** | **$7,031.27** | |

**CONFIDENTIAL**

PNI-001166

PATRIOT RISK SERVICES INC   |   Account #    |   February 1, 2015 to February 28, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- − Tell us your name and account number.
- − Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- − Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

CONFIDENTIAL

PNI-001167

**Bank of America** *Merrill Lynch*

## Your checking account

**Merrill Lynch**
**PATRIOT RISK SERVICES INC**  |  **Account #** ▮▮▮▮▮▮  |  **February 1, 2015 to February 28, 2015**

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 02/01 | 7,031.27 |

To help you BALANCE YOUR CHECKING ACCOUNT,  print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001168

PATRIOT RISK SERVICES INC   |   Account #███████████   |   February 1, 2015 to February 28, 2015

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001169


**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

🔔 Please see the Account Changes section of your statement for details regarding important changes to your account.

## Your Full Analysis Business Checking

for March 1, 2015 to March 31, 2015                        Account number: ███████████

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2015 | $7,031.27 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $7,031.27 |
| Service fees | -0.00 | |
| **Ending balance on March 31, 2015** | **$7,031.27** | |

FULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  'IMAGE' A  BC: JAX

Page 1 of 6

CONFIDENTIAL

PNI-001170

PATRIOT RISK SERVICES INC   |   Account #  ███████  |  March 1, 2015 to March 31, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

Page 2 of 6

CONFIDENTIAL

PNI-001171

**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC.  |  Account #▮▮▮▮▮▮▮  |  March 1, 2015 to March 31, 2015

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 03/01 | 7,031.27 |

🦅 To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001172

PATRIOT RISK SERVICES INC   |   Account #          |   March 1, 2015 to March 31, 2015

This page intentionally left blank

CONFIDENTIAL

PNI-001173

## Account Changes
At Bank of America, we're committed to keeping you up-to-date on any changes that may impact your banking accounts.

If your deposit account with us contains the proceeds of municipal securities or municipal escrow investments, as defined in the Dodd-Frank Wall Street Reform and Consumer Protection Act, please contact your bank representative, or we will assume that your deposit account contains no such proceeds.

Page 5 of 6

CONFIDENTIAL

PNI-001174

**PATRIOT RISK SERVICES INC   |   Account #**[REDACTED]**|   March 1, 2015 to March 31, 2015**

This page intentionally left blank

Page 6 of 6

CONFIDENTIAL

PNI-001175



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

## Your Full Analysis Business Checking

for April 1, 2015 to April 30, 2015

Account number:

**PATRIOT RISK SERVICES INC   ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2015 | $7,031.27 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $7,031.27 |
| Service fees | -0.00 | |
| **Ending balance on April 30, 2015** | **$7,031.27** | |

PULL: E' CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

Page 1 of 4

CONFIDENTIAL

PNI-001176

PATRIOT RISK SERVICES INC   |   Account # ▮▮▮▮▮▮   |   April 1, 2015 to April 30, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**

CONFIDENTIAL

PNI-001177

**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC | Account # ██████ | April 1, 2015 to April 30, 2015

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 04/01 | 7,031.27 |

✅ To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001178

PATRIOT RISK SERVICES INC   |   Account #          |   April 1, 2015 to April 30, 2015

This page intentionally left blank

CONFIDENTIAL



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

**Customer service information**

🔲 Customer service: 1.888.400.9009

🖳 bankofamerica.com

📮 Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

## Your Full Analysis Business Checking

for July 1, 2015 to July 31, 2015

Account number: ▮▮▮▮▮▮▮

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2015 | $7,031.27 | # of deposits/credits: 1 |
| Deposits and other credits | 124.32 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $7,151.57 |
| Service fees | -0.00 | |
| **Ending balance on July 31, 2015** | **$7,155.59** | |

CONFIDENTIAL

PNI-001180

PATRIOT RISK SERVICES INC | Account #          | July 1, 2015 to July 31, 2015

## IMPORTANT INFORMATION:
BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers- In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001181

**Bank of America** 🎽
**Merrill Lynch**
PATRIOT RISK SERVICES INC | Account # ▮▮▮▮ | July 1, 2015 to July 31, 2015

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 07/02/15 | Preencoded Deposit | 0000000001 | 813101142111010 | 124.32 |
| **Total deposits and other credits** | | | | **$124.32** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 07/01 | 7,031.27 | 07/02 | 7,155.59 |

🎽 To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001182

**PATRIOT RISK SERVICES INC** | **Account #** ███████ | **July 1, 2015 to July 31, 2015**

This page intentionally left blank

CONFIDENTIAL

PNI-001183



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

**Customer service information**

🔲 Customer service: 1.888.400.9009

🖳 bankofamerica.com

📧 Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118



🐜 Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Full Analysis Business Checking

for August 1, 2015 to August 31, 2015                    Account number: ▮▮▮▮▮▮▮
**PATRIOT RISK SERVICES INC   ULLICO CASUALTY**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2015 | $7,155.59 | # of deposits/credits: 1 |
| Deposits and other credits | 478.75 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $7,171.03 |
| Service fees | -0.00 | |
| **Ending balance on August 31, 2015** | **$7,634.34** | |

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

CONFIDENTIAL

Page 1 of 6

PNI-001184

PATRIOT RISK SERVICES INC   |   Account #          |   August 1, 2015 to August 31, 2015

## IMPORTANT INFORMATION:
BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  - Tell us your name and account number.
  - Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  - Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001185

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC. | Account # ▮▮▮▮▮ | August 1, 2015 to August 31, 2015

# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/31/15 | Preencoded Deposit | 0000000001 | 813101242628479 | 478.75 |
| **Total deposits and other credits** | | | | **$478.75** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|-----------|
| 08/01 | 7,155.59 | 08/31 | 7,634.34 |

To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

CONFIDENTIAL

PNI-001186

PATRIOT RISK SERVICES INC   |   Account #          |   August 1, 2015 to August 31, 2015

This page intentionally left blank

CONFIDENTIAL

PNI-001187

## Account Changes
At Bank of America, we are committed to keeping you up-to-date on any changes that may impact your banking accounts.

**Legal Process Fee**

For each request handled on or after November 6, 2015, we will charge a fee of $125 for each occurrence or the rate required by law. This fee will apply to legal orders or processes that direct us to freeze, attach or withhold funds or other property, such as an attachment, levy or garnishment. More information can be found in your Deposit Agreement and Disclosures under the section, "Legal Process — Subpoena and Levy," or please contact us at the phone number listed on this statement.

CONFIDENTIAL

PNI-001188

PATRIOT RISK SERVICES INC   |   Account #              |   August 1, 2015 to August 31, 2015

This page intentionally left blank

Page 6 of 6

CONFIDENTIAL

PNI-001189

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

## Your Full Analysis Business Checking

for September 1, 2015 to September 30, 2015
**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

Account number:

### Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2015 | $7,634.34 | # of deposits/credits: 1 |
| Deposits and other credits | 345.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $7,668.84 |
| Service fees | -0.00 | |
| Ending balance on September 30, 2015 | $7,979.34 | |

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001190

**PATRIOT RISK SERVICES INC   |   Account #**   [        ]   **|   September 1, 2015 to September 30, 2015**

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001191

**Bank of America**
**Merrill Lynch**

# Your checking account

PATRIOT RISK SERVICES INC.   |   Account #███████   |   **September 1, 2015 to September 30, 2015**

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/28/15 | Preencoded Deposit | 0000000001 | 813101242731279 | 345.00 |
| **Total deposits and other credits** | | | | **$345.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 09/01 | 7,634.34 | 09/28 | 7,979.34 |

To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001192

PATRIOT RISK SERVICES INC | Account # ███████ | September 1, 2015 to September 30, 2015

This page intentionally left blank

CONFIDENTIAL

PNI-001193


**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

### Customer service information

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

## Your Full Analysis Business Checking

for December 1, 2015 to December 31, 2015

Account number: ███████

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on December 1, 2015 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2015** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:   IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001194

PATRIOT RISK SERVICES INC   |   Account # ▓▓▓▓▓   |   December 1, 2015 to December 31, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   – Tell us your name and account number.
   – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001195



**Bank of America** ❧
**Merrill Lynch**
PATRIOT RISK SERVICES INC.  |  Account #  ███████  |  **December 1, 2015 to December 31, 2015**

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 12/01 | 7,979.34 |

🐟 To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001196

**PATRIOT RISK SERVICES INC  |  Account #**      December 1, 2015 to December 31, 2015

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001197

**Bank of America** 
**Merrill Lynch**

P.O. Box 15384
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

## Your Full Analysis Business Checking

for January 1, 2016 to January 31, 2016

Account number: ███████

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2016 | $7,979.34 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $7,979.34 |
| Service fees | -0.00 | |
| **Ending balance on January 31, 2016** | **$7,979.34** | |

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

Page 1 of 4

**CONFIDENTIAL**

PNI-001198

PATRIOT RISK SERVICES INC   |   Account #          |   January 1, 2016 to January 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information– We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers– If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

CONFIDENTIAL

PNI-001199

**1089 of 1139**

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #    |   January 1, 2016 to January 31, 2016

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 01/01 | 7,979.34 |

✍  To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001200

**PATRIOT RISK SERVICES INC   |   Account #**          **|   January 1, 2016 to January 31, 2016**

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001201

**1091 of 1139**



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for February 1, 2016 to February 29, 2016

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on February 1, 2016 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| Ending balance on February 29, 2016 | $7,979.34 |

\# of deposits/credits: 0

\# of withdrawals/debits: 0

\# of days in cycle: 29

Average ledger balance: $7,979.34

PULC: E   CYCLE: 87   SPEC: E   DELIVERY: E   TYPE:   IMAGE: A   BC: JAX

CONFIDENTIAL

PNI-001202

PATRIOT RISK SERVICES INC  |  Account #          February 1, 2016 to February 29, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001203

**1093 of 1139**

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #          |   February 1, 2016 to February 29, 2016

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 02/01 | 7,979.34 |

✍ To help you BALANCE YOUR CHECKING ACCOUNT,  print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.

Page 3 of 4

CONFIDENTIAL

PNI-001204

PATRIOT RISK SERVICES INC   |   Account #██████████   |   February 1, 2016 to February 29, 2016

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001205



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞  Customer service: 1.888.400.9009

🖥  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, Florida  33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

## Your Full Analysis Business Checking

for August 1, 2016 to August 31, 2016

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

Account number: ▮▮▮▮▮▮▮▮▮

### Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2016 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | −0.00 |
| Checks | −0.00 |
| Service fees | −0.00 |
| **Ending balance on August 31, 2016** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

CONFIDENTIAL

PNI-001206

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**CONFIDENTIAL**

PNI-001207

**1097 of 1139**

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #  ███████████   |   August 1, 2016 to August 31, 2016

## Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 08/01 | 7,979.34 |

CONFIDENTIAL

PNI-001208

PATRIOT RISK SERVICES INC  |  Account #████████  |  August 1, 2016 to August 31, 2016

This page intentionally left blank

CONFIDENTIAL

PNI-001209

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

## Your Full Analysis Business Checking

for September 1, 2016 to September 30, 2016

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---:|
| Beginning balance on September 1, 2016 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2016** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 30

Average ledger balance: $7,979.34

CONFIDENTIAL

PNI-001210

PATRIOT RISK SERVICES INC | Account #████████    September 1, 2016 to September 30, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

Page 2 of 4

CONFIDENTIAL

PNI-001211

**1101 of 1139**



**Bank of America Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #▮▮▮▮▮   |   September 1, 2016 to September 30, 2016

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 09/01 | 7,979.34 |

Page 3 of 4

CONFIDENTIAL

PNI-001212

PATRIOT RISK SERVICES INC   |   Account #▮▮▮▮▮▮   |   September 1, 2016 to September 30, 2016

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001213

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for October 1, 2016 to October 31, 2016

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on October 1, 2016 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2016** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001214

PATRIOT RISK SERVICES INC   |   Account #       |   October 1, 2016 to October 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender

CONFIDENTIAL

PNI-001215

**Bank of America** 
**Merrill Lynch**

**Your checking account**

PATRIOT RISK SERVICES INC  |  Account #  ███████  |  October 1, 2016 to October 31, 2016

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 10/01 | 7,979.34 |

Page 3 of 4

CONFIDENTIAL

PNI-001216

PATRIOT RISK SERVICES INC   |   Account #               |   October 1, 2016 to October 31, 2016

This page intentionally left blank

CONFIDENTIAL

PNI-001217

Bank of America Merrill Lynch

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

# Your Full Analysis Business Checking

for December 1, 2016 to December 31, 2016

Account number: [redacted]

**PATRIOT RISK SERVICES INC ULLICO CASUALTY**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2016 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2016** | **$7,979.34** |

# of deposits/credits: 0
# of withdrawals/debits: 0
# of days in cycle: 31
Average ledger balance: $7,979.34

PULL: E CYCLE: 87 SPEC: E DELIVERY: E TYPE: IMAGE: A BC: JAX

PATRIOT RISK SERVICES INC  |  Account #          |  December 1, 2016 to December 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001219

**1109 of 1139**

**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #█████████  |  December 1, 2016 to December 31, 2016

## Your checking account

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 12/01 | 7,979.34 |

CONFIDENTIAL

PNI-001220

PATRIOT RISK SERVICES INC  |  Account #                    December 1, 2016 to December 31, 2016

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001221

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for January 1, 2017 to January 31, 2017

Account number: ▮▮▮▮▮▮▮▮

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---:|
| Beginning balance on January 1, 2017 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 31, 2017** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

**CONFIDENTIAL**

PNI-001222

PATRIOT RISK SERVICES INC  |  Account #  ▮▮▮▮▮▮  |  January 1, 2017 to January 31, 2017

## IMPORTANT INFORMATION:
### BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems.- You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

CONFIDENTIAL

PNI-001223

**1113 of 1139**



**Bank of America**
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #█████████  |  January 1, 2017 to January 31, 2017

**Your checking account**

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 01/01 | 7,979.34 |

CONFIDENTIAL

PNI-001224

PATRIOT RISK SERVICES INC  |  Account #██████████  |  January 1, 2017 to January 31, 2017

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001225

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

📞  Customer service: 1.888.400.9009

💻  bankofamerica.com

🏦  Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

## Your Full Analysis Business Checking

for February 1, 2017 to February 28, 2017

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on February 1, 2017 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| Ending balance on February 28, 2017 | $7,979.34 |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 28

Average ledger balance: $7,979.34

---

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: A  BC: JAX

CONFIDENTIAL

PNI-001226

PATRIOT RISK SERVICES INC   |   Account #          |   February 1, 2017 to February 28, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**      **Equal Housing Lender**

CONFIDENTIAL

PNI-001227

**Bank of America** 🦅
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #▬▬▬▬▬  |  February 1, 2017 to February 28, 2017

# Your checking account

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 02/01 | 7,979.34 |

CONFIDENTIAL

PNI-001228

PATRIOT RISK SERVICES INC | Account # ███████ February 1, 2017 to February 28, 2017

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001229


**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118

## Your Full Analysis Business Checking

for March 1, 2017 to March 31, 2017

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

Account number:

### Account summary

| | |
|---|---|
| Beginning balance on March 1, 2017 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 31, 2017** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

CONFIDENTIAL

PNI-001230

PATRIOT RISK SERVICES INC   |   Account #▓▓▓▓▓▓   |   March 1, 2017 to March 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**      **Equal Housing Lender**

Page 2 of 4

CONFIDENTIAL

PNI-001231

**Bank of America** 
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #████████   |   March 1, 2017 to March 31, 2017

## Your checking account

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 03/01 | 7,979.34 |

Page 3 of 4

CONFIDENTIAL

PNI-001232

PATRIOT RISK SERVICES INC  |  Account #                |  March 1, 2017 to March 31, 2017

This page intentionally left blank

CONFIDENTIAL

PNI-001233

**1123 of 1139**



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL  33301-4252

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida  33622-5118



Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Full Analysis Business Checking

for June 1, 2017 to June 30, 2017

Account number:

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on June 1, 2017 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2017** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 30

Average ledger balance: $7,979.34

CONFIDENTIAL

PNI-001234

**1124 of 1139**

PATRIOT RISK SERVICES INC | Account # ████████ | June 1, 2017 to June 30, 2017

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: in case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001235


**Bank of America**
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #▮▮▮▮▮▮   |   June 1, 2017 to June 30, 2017

**Your checking account**

## Daily ledger balances

| Date  | Balance ($) |
|-------|-------------|
| 06/01 | 7,979.34    |

CONFIDENTIAL

PNI-001236

PATRIOT RISK SERVICES INC   |   Account #                    |   June 1, 2017 to June 30, 2017

This page intentionally left blank

Page 4 of 6

CONFIDENTIAL

PNI-001237

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, updates, reminders, and any other important details that could impact you.

In an effort to support your understanding of regulatory requirements related to Internet Gambling you are being provided the following reminder: You must not use your account or any Service for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act. 31 U.S.C Section 5361 et. Seq.

Effective July 2017, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

Page 5 of 6

CONFIDENTIAL

PNI-001238

PATRIOT RISK SERVICES INC   |   Account #                |   June 1, 2017 to June 30, 2017

This page intentionally left blank

Page 6 of 6

CONFIDENTIAL

PNI-001239

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

💻 bankofamerica.com

🏦 Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for July 1, 2017 to July 31, 2017

Account number: ▅▅▅▅▅▅▅

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

### Account summary

| | |
|---|---|
| Beginning balance on July 1, 2017 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on July 31, 2017** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

CONFIDENTIAL

PNI-001240

**1130 of 1139**

PATRIOT RISK SERVICES INC  |  Account #█████████  |  July 1, 2017 to July 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

CONFIDENTIAL

PNI-001241



**Bank of America**
**Merrill Lynch**
PATRIOT RISK SERVICES INC   |   Account #  █████████   |   July 1, 2017 to July 31, 2017

**Your checking account**

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 07/01 | 7,979.34 |

Page 3 of 4

CONFIDENTIAL

PNI-001242

PATRIOT RISK SERVICES INC   |   Account # ███████████   |   July 1, 2017 to July 31, 2017

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001243

**Bank of America** 
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, Florida 33622-5118

PATRIOT RISK SERVICES INC
ULLICO CASUALTY
401 E LAS OLAS BLVD STE 1650
FORT LAUDERDALE, FL 33301-4252

## Your Full Analysis Business Checking

for August 1, 2017 to August 31, 2017

**PATRIOT RISK SERVICES INC    ULLICO CASUALTY**

Account number

### Account summary

| | |
|---|---|
| Beginning balance on August 1, 2017 | $7,979.34 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2017** | **$7,979.34** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $7,979.34

FULL: E'  CYCLE: 87   SPEC: E   DELIVERY: E   TYPE:   IMAGE: A   BC: JAX

CONFIDENTIAL

PNI-001244

PATRIOT RISK SERVICES INC | Account # [redacted] | August 1, 2017 to August 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

CONFIDENTIAL

PNI-001245

 **Bank of America**
**Merrill Lynch**
PATRIOT RISK SERVICES INC  |  Account #  █████████  |  August 1, 2017 to August 31, 2017

**Your checking account**

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 08/01 | 7,979.34 |

Page 3 of 4

CONFIDENTIAL

PNI-001246

PATRIOT RISK SERVICES INC   |   Account #██████████   |   August 1, 2017 to August 31, 2017

This page intentionally left blank

Page 4 of 4

CONFIDENTIAL

PNI-001247

**Previous Day Summary and Detail with Text Report**
Company: Patriot National Inc
Requestor : Lisandra Leal
Run Date: 01/02/2018 13:45:21 EST



**As of: 12/29/2017**

Bank of America, Florida | 063100277

 | Patriot Risk Services Inc | USD | As of: 12/29/2017

**Summary Balances**

| Transaction | Amount | |
|---|---|---|
| Opening Ledger Balance (010) | 7,979.34 | |
| Closing Ledger Balance (015) | 7,979.34 ⓘ | |
| Average Closing Ledger MTD (020) | 7,979.00 | |
| Opening Avail Balance (040) | 7,979.34 | |
| Collected/Closing Avail Bal (045) | 7,979.34 | |
| Average Collected Balance MTD (050) | 7,979.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2 Day Float | Count |
|---|---|---|---|---|---|
| Total Credits (100) | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Total Debits (400) | 0.00 | | | | 0 |

**Totals**
**Bank Totals**
  12/29/2017

| Bank of America, Florida | 063100277 (USD) | | | |
|---|---|---|---|---|
| **Summary Balances** | **Count** | **Amount** | | |
| Opening Ledger Balance (010) | | 7,979.34 | | |
| Closing Ledger Balance (015) | | 7,979.34 | | |
| Average Closing Ledger MTD (020) | | 7,979.00 | | |
| Opening Avail Balance (040) | | 7,979.34 | | |
| Collected/Closing Avail Bal (045) | | 7,979.34 | | |
| Average Collected Balance MTD (050) | | 7,979.00 | | |
| 1 Day Float (072) | | 0.00 | | |
| Float Adjustment (073) | | 0.00 | | |
| 2 or More Days Float (074) | | 0.00 | | |
| 3 or More Days Float (075) | | 0.00 | | |
| 4 Day Float (079) | | 0.00 | | |
| 5 Day Float (080) | | 0.00 | | |
| 6 Day Float (081) | | 0.00 | | |
| **Summary Totals** | **Count** | **Amount** | | |
| Total Credits (100) | 0 | 0.00 | | |

Page 1

CONFIDENTIAL

PNI-001248

Total Debits (400)                        0                    0.00

**Report Totals**
12/29/2017

| USD | | | |
|---|---|---|---|
| Summary Balances | Count | Amount | |
| Opening Ledger Balance (010) | | 7,979.34 | |
| Closing Ledger Balance (015) | | 7,979.34 | |
| Average Closing Ledger MTD (020) | | 7,979.00 | |
| Opening Avail Balance (040) | | 7,979.34 | |
| Collected/Closing Avail Bal (045) | | 7,979.34 | |
| Average Collected Balance MTD (050) | | 7,979.00 | |
| 1 Day Float (072) | | 0.00 | |
| Float Adjustment (073) | | 0.00 | |
| 2 or More Days Float (074) | | 0.00 | |
| 3 or More Days Float (075) | | 0.00 | |
| 4 Day Float (079) | | 0.00 | |
| 5 Day Float (080) | | 0.00 | |
| 6 Day Float (081) | | 0.00 | |
| Summary Totals | Count | Amount | |
| Total Credits (100) | 0 | 0.00 | |
| Total Debits (400) | 0 | 0.00 | |

CONFIDENTIAL

PNI-001249