IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Ch. 11 Case No. 18-10189-KG |
| PATRIOT NATIONAL, INC., et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| FLORIDA DEPT. OF FINANCIAL SERVICES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 18-750-RGA |
| | : | |
| PATRIOT NATIONAL, INC., CERBERUS BUSINESS FINANCE, LLC and HONORABLE TRINIDAD NAVARRO, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, | : | |
| | : | |
| Appellees. | : | |
| _____ | : | |
| HONORABLE TRINIDAD NAVARRO, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, in his capacity as RECEIVER OF ULLICO CASUALTY COMPANY IN LIQUIDATION, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 18-751-RGA |
| | : | |
| PATRIOT NATIONAL, INC., CERBERUS BUSINESS FINANCE, LLC, and FLORIDA DEPT. OF FINANCIAL SERVICES, | : | |
| | : | |
| Appellees. | : | |

## **<u>RECOMMENDATION</u>**

At Wilmington this **16th** day of **March, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern

Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on **June 25, 2018** for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of that teleconference, at the request of the parties, these cases were directed to mediation before the Honorable Joseph J. Farnan (ret.) on June 29, 2018. D.I. 11. Thereafter, counsel kept the court updated through letters regarding the parties efforts to resolve both matters.

WHEREAS, the court was advised on March 3, 2020 that despite the efforts of the parties through the assistance of the mediator, no resolution of these matters occurred and further mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, no objections are anticipated to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge